■ MANUFACTURERS AND TRADERS TRUST COMPANY, Respondent, v TRUE-TONE SOUND, INC., et al., Defendants, and RUSSELL L. SUTPHEN TRUST, Appellant. (Appeal No. 3.) [732 NYS2d 212] —Amended order unanimously affirmed without costs. Same Memorandum as in *Manufacturers & Traders Trust Co. v True-Tone Sound* ([appeal No. 1] 288 AD2d 951 [decided herewith]). (Appeal from Amended Order of Supreme Court, Onondaga County, Nicholson, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Lawton, JJ.